**EX 3**

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## DAYTON DIVISION

| | |
|---|---|
| IN RE: | Case No. 19-31090 |
| Charles D. Pence | Chapter 13 |
| Debtor. | Judge Guy R Humphrey |
| CARVANA LLC | Adversary Case No. 19-03077 |
| Plaintiff | |
| vs. | |
| Charles D. Pence | |
| Defendant | |

## EXHIBIT 3 - AFFIDAVIT OF JON J. LIEBERMAN ATTESTING TO INVOICE

COMES NOW, Jon J. Lieberman, after being duly sworn upon his oath and states as follows:

1. I am an Attorney at Sottile & Barile, LLC, and attorney of record for Carvana LLC (hereinafter referred to as "Carvana") in this Adversary Proceeding.

2. I have personal knowledge of the facts set forth in this affidavit. I am duly authorized to make this affidavit, and I am competent to testify to the matters contained in this affidavit.

3. Attached hereto, and incorporated herein, is a true and accurate copy of Sottile & Barile LLC's invoice for the legal fees generated and filing fee advanced in the prosecution of this Adversary Proceeding. Legal fees total $1,620.00. The Adversary Complaint filing fee is $350.00. Total of $1,970.00.

_____
Jon J. Lieberman

Subscribed and sworn to before me on
__October 7__, 2019.

Notary Public _Betsy A. Nesbella_

My Commission Expires __9/30/2022__

[Seal: BETSY A. NESBELLA, NOTARY PUBLIC, COMM EXP: Sept. 30, 2022, STATE OF OHIO]



Sottile & Barile, LLC
394 Wards Corner Road, Suite 180
Loveland, OH  45140
accounting@sottileandbarile.com
www.sottileandbarile.com

# INVOICE

**BILL TO**
Bridgecrest Credit Corporation
RM-BKInvoices@Bridgecrest.com

**INVOICE #** 19627
**DATE** 09/24/2019

**S&B FILE NUMBER**
OB1906044

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Pence, Charles - ▮▮▮▮▮▮ - Adversary filing | | | 350.00 |
| Pence, Charles - ▮▮▮▮▮▮ - Hourly litigation " see attached billing breakdown" | 1 | 1,620.00 | 1,620.00 |

BALANCE DUE   $1,970.00